In the Matter of the Claims of MARGARET McMAHON et al., Respondents, against JOHN GRETZULA, Defendant, and STANDARD ACCIDENT INSURANCE COMPANY OF DETROIT, MICHIGAN, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

(Argued April 17, 1935; decided May 3, 1935.)

*Thomas J. Mangan* and *Merritt U. Hayden* for appellant.
*John J. Bennett, Jr., Attorney-General (John F. Spellman*
and *Roy Wiedersum* of counsel), for State Industrial
Board, respondent.

Order affirmed, with costs; no opinion.

Concur: HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.
Dissenting: CRANE, Ch. J., LEHMAN and O'BRIEN, JJ.